(137 So. 455)

### Elmer BREWER v. STATE.
### 6 Div. 981.

Supreme Court of Alabama.
Oct. 8, 1931.

Rehearing Denied Nov. 19, 1931.

Foster, Rice & Foster, of Tuscaloosa, for petitioner.

Thos. E. Knight, Jr., Atty. Gen., opposed.

PER CURIAM.

Petition of Elmer Brewer for certiorari to Court of Appeals to review and revise the judgment and decision of that court in Brewer v. State, 137 So. 454.

Writ denied.

ANDERSON, C. J., and GARDNER, BOULDIN, and FOSTER, JJ., concur.